WILLIAM J. DYGERT, Appellant, v. THE MANATAUCK PARK COMPANY OF THE THOUSAND ISLANDS, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

ALEX ROSENBERG, Appellant, v. HYMAN STOLER and Others, Respondents.— Motion granted and appeal dismissed, with costs.

GIOVANNI PILANI, Respondent, v. VINCENZO LANOVARO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LENA ECKHERT, as Administratrix, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied,

ANNA GERLACH, as Administratrix, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

ANTONIO PAOLOZZI, Respondent, v. JOHN VISCOSI, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

S. M. FLICKINGER COMPANY, Respondent, v. VIVIA A. CARLYLE, Appellant.— Motion to dismiss appeal granted, unless appellant file and serve printed papers and briefs in time for argument on December 4, 1916.

ELSIE H. BIRD and Another, as Administrators, etc., Respondents, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to amend decision so as to state that the dissent was solely upon the ground stated denied.

UTICA GAS AND ELECTRIC COMPANY, Appellant, v. PERRY KINGSTON, Respondent.— Order entered precluding respondent from being heard upon the argument for failure to comply with the order entered October 18, 1916.

In the Matter of the Application of JAMES O. SEBRING and WARREN J. CHENEY for an Order Determining and Enforcing Their Lien upon Certain Funds in the Hands of the Steuben County Treasurer.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers and printed briefs on appeal in time for argument on December 4, 1916, and pay to respondents' attorney ten dollars.

In the Matter of the Application of JANE K. HAMILTON, as a Creditor of JOHN PHELPS, Deceased, for Authority to Dispose of His Real Property for the Payment of His Debts, etc.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers and printed briefs on appeal in time for argument on December 4, 1916.

CLARENCE A. JOHNSON, Respondent, v. SYRACUSE DRY GOODS COMPANY and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred.